IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REGINALD DARNELL MCDONALD, #23008318, PETITIONER, | § § § § | |
| v. | § § | CIVIL CASE NO. 3:23-CV-2802-X-BK |
| DALLAS COUNTY SHERIFF, RESPONDENT. | § § § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 10th day of July, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE